
PRISONER CASE

R

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS**

# Civil Cover Sheet

**Plaintiff(s):** WILLIAMS EVANS

**Defendant(s):** CIRCUIT COURT OF COOK COUNTY, etc., et al.

**County of Residence:** PERRY

**County of Residence:**

**Plaintiff's Address:**
William Evans
B-08677
Pinckneyville - PCC
P.O. Box 999
Pinckneyville, IL 62274

**Defendant's Attorney:**
Chief of Criminal Appeals
Illinois Attorney General's Office
100 West Randolph - 12th Floor
Chicago, IL 60601

**Basis of Jurisdiction:**
- [ ] 1. U.S. Government Plaintiff
- [ ] 2. U.S. Government Defendant
- [✓] 3. Federal Question (U.S. gov't. not a party)
- [ ] 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**

Plaintiff:

Defendant:

**08CV3473
JUDGE MORAN
MAGISTRATE JUDGE KEYS**

**Origin:**
- [✓] 1. Original Proceeding
- [ ] 2. Removed From State Court
- [ ] 3. Remanded From Appellate Court
- [ ] 4. Reinstated or Reopened
- [ ] 5. Transferred From Other District
- [ ] 6. MultiDistrict Litigation
- [ ] 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 530 Habeas general

**Cause of Action:** 28:2254

**Jury Demand:** [ ] Yes  [✓] No

**Signature:** *A.E. Woodham*      **Date:** 06/17/2008

Moran
Keys    07C1942

FILED
JUN 17 2008 TC
Jun 17, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT