In The United States District Court
For The Northern District Of Illinois

William Evans,
           Petitioner,
   v.
Circuit Court of Cook County
Illinois Fifth District; and Chicago
Police Department; and Victoria A. Stewart
Circuit Judge; and Jody P. Weis (Police
Superintendent); and Illinois Department
of Corrections (I.D.O.C.),
           Respondents

Case No. _____
(To be Provided by Clerk)

**FILED**
JUN 17 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

08CV3473
JUDGE MORAN
MAGISTRATE JUDGE KEYS

**Motion Requesting To Proceed Prose as Total Indigent Person Without payment of cost or filing fee.**

Now Comes William Evans, petitioner Prose Motion Requesting To proceed prose as total Indigent Person without payment of cost or filing fee; And state grounds

#1.) This is solely involving my own pending criminal case People v. William Evans, 07-CR-0596201; in the Circuit Court of Cook County, Illinois Fifth District Municipal Court.

I have no money on my prison account I have no money at all.

I am incarcerated; and have no property besides a $2000 fan. In accordance with Systems Int'l Inc. v. Mack, 45 F.3d 185, 186 (7th Cir. 1995) exceptions to the bar of filing held against me are made for criminal cases, and for writs of habeas corpus; Id. at 186-87.

Therefore this motion should be granted.

Respectfully Submitted
By: William Evans
B08677
P.O. Box 999
Pinckneyville, IL 62274

State of Illinois )
County of Perry ) -SS-

### Affidavit

I, William Evans, #B08677 first duly sworn upon oath under penalties of perjury as provided by law pursuant to 735 ILCS 5/1-109 and 28 U.S.C. 1746 and 18 U.S.C. 1621 I declare that I am without financial means to pay the cost of filing instant petition for extra ordinary writ or any fee or cost solely due to my incarceration and resulting poverty. This I swear is true. Affiant sayeth further not.

William Evans
Affiant

6/12/2008