In The United States District Court
For The Northern District OF Illinois

William Evans,
    Petitioner

v.

Circuit Court Of Cook County
Illinois fifth District, et al
    Respondents

Case No.
08CV3473
JUDGE MORAN
MAGISTRATE JUDGE KEYS

JUN 17 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Notice OF Filing
6/12/2008

To: Clerk U.S. Court
219 S. Dearborn
Chicago, IL 60604

Please Take Notice that this petition for extra ordinary writ is for pending criminal case in which I am the sole defendant Re: People v. William Evans, case # 07-CR-0596201 in the circuit court for Cook County, Illinois Municipal Court fifth district.

Please file the same instanter and present it to the chief Judge of the United State District Court for the Northern District Eastern Division for ruling and determination please, instanter! And return me a stamp filed copy and 5 Summonses. Respectfully Submitted

By: William Evans
B08677
P.O. Box 999
Pinckneyville, IL 62274

# United States Court of Appeals

*For the Seventh Circuit*
*Chicago, Illinois 60604*

October 16, 2001

*Before*

Hon. WILLIAM J. BAUER, *Circuit Judge*

Hon. FRANK H. EASTERBROOK, *Circuit Judge*

| | |
|---|---|
| WILLIAM A. EVANS,<br>    Plaintiff-Appellant, | ] Appeal from the United<br>] States District Court for<br>] the Southern District of |
| No. 01-1547    v. | ] Illinois.<br>] |
| LOIS GADBERRY, ROBERT E. GALES and<br>THOMAS F. PAGE, Warden,<br>    Defendants-Appellees. | ] No. 00 C 887<br>]<br>] William L. Beatty,<br>]    Judge. |

### ORDER

Although he has accumulated three strikes under 28 U.S.C. § 1915(g) for filing frivolous actions, William A. Evans continues to file new cases and incur additional filing fees. Evans has failed to pay the appellate filing fees in this appeal or other civil appeals, including appeal nos. 96-2400, 97-2289, 97-2692, 97-3519, 00-2370.

Accordingly, **IT IS ORDERED** that the clerks of all federal courts in this circuit are directed to return unfiled any papers submitted either directly or indirectly by or on behalf of William A. Evans unless and until he pays in full all filing fees that he has incurred. *See Support Systems Int'l Inc. v. Mack*, 45 F.3d 185, 186 (7th Cir. 1995) (per curiam). In accordance with our decision in *Mack*, exceptions to this filing bar are made for criminal cases and for applications for writs of habeas corpus. *See id.* at 186-87.

**IT IS FURTHER ORDERED** that William A. Evans is authorized to submit to this court, no earlier than two years from the date of this order, a motion to modify or rescind this order.

# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

June 3, 2008

*Before*

FRANK H. EASTERBROOK, *Chief Judge*

WILLIAM J. BAUER, *Circuit Judge*

| | | |
|---|---|---|
| WILLIAM A. EVANS,<br>　　　Plaintiff-Appellant, | ] <br> ] <br> ] | Appeal from the United<br>States District Court for<br>the Southern District of |
| No. 01-1547　　　　v. | ] <br> ] | Illinois. |
| LOIS GADBERRY, ROBERT E. GALES and<br>THOMAS F. PAGE, Warden,<br>　　　Defendants-Appellees. | ] <br> ] <br> ] <br> ] | No. 00 C 887<br><br>William L. Beatty,<br>　　Judge. |

　　Upon consideration of the **MOTION TO MODIFY OR RESCIND ORDER**, filed on April 30, 2008, by the pro se appellant,

　　**IT IS ORDERED** that the motion is **DENIED**.