HHW

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Chief of Criminal Appeals
   Attorney General's Office
   100 West Randolph - 12th Floor
   Chicago, IL 60601

   08CV3473

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery

RECEIVED
ATTORNEY GENERAL
JUN 23 2008
OFFICE SRVCS
MAILROOM

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. ☐ Certified Mail   ☐ Express Mail
   ☐ Registered      ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
   (Transfer from service label)    7006 0100 0001 7313 3040

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

08CV3473

FILED
7-1-2008
JUL - 1 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT