Memorandum
Date: 7-14-2008

FILED
JUL 17 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

To: Clerk Michael W. Dobbins, U.S. District Court
From: William Evans, #B08677
Re: William Evans, V. Circuit Court of Cook County, et al,
# 08-C-3473

Please take notice of my address change from pinckneyville to stateville correctional center for court writ in criminal action, People v. William Evans, 07-CR-0596201 in the circuit court of cook county, Illinois, fifth district. My court date is 7/22/2008.
So I will be transferred to stateville 7-16-2008 and my address will be: P.O. Box 112 Joliet, Illinois 60434

Certificate of Service

I William Evans, #B08677 certify under oath and penalties of perjury I mailed notice to the attorney general Lisa Madigan, at 100 W. Randolph Street Chicago, Illinois 60601, of my address change 7-14-2008, from pinckneyville correctional center, by depositing the same in correctly addressed envelope with correct postage voucher in mail box for U.S. postal service

William Evans