In The United States District Court For The
Northern District Of Illinois

William Evans,
    Petitioner,

v.

The Circuit Court of Cook
County, et al
    Respondents

Case No. 08-C-03473

FILED
JUL 31 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

<u>Notice Of Filing</u>

To: Attorney General
Lisa Madigan
100 W. Randolph St.
Chicago, IL 60601

Please Take Notice, that on 7-23-2008 I mailed to be filed attached and incorporated Motion against your clients; by with the clerk of above court to be presented to Judge James Moran or whomever sitting his stead; and requesting a hearing at 9:30 am on 8-1-2008 if you wish to challenge it; a copy of which is hereby served upon you.

Respectfully Submitted
By: William Evans
B08677
P.O. Box 999
Pinckneyville, IL 62274

## Certificate of Service

I, William Evans, certify I mailed the forgoing Motion under oath and under penalties of perjury to:

Lisa Madigan
Attorney General
100 W. Randolph St.
Chicago, IL 60601

by placing the same into correctly addressed and postaged envelopes and depositing the same into U.S. postal service box at Pinckneyville Correctional Center 7-23-2008.

William Evans

In The United States District Court For The
Northern District of Illinois

William Evans,
    Petitioner,

v.

The Circuit Court OF Cook
County, et al,
    Respondents

Case No. 08-c-03473

Judge James Moran

FILED
JUL 31 2008
Jul 31, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Motion Requesting Court Order Compelling Pinckneyville Correctional Center give Immediate Access To Make legal Copies and Access Case law and Statutes and Shepard Citations to update the same, and westlaw's Insta-cite service; To Amend my Petition and Provide Memorandum of Law In support of my Amended Complaint

Now Comes William Evans, Pro se Petitioner; Motion Requesting Court Order Compelling Pinckneyville Correctional Center give Immediate Access To Make legal Copies and access Case law and statutes and shepard Citations to update the same and westlaw's insta-cite service; To Amend my petition and Provide memorandum of Law In support of my Amended Complaint; and state grounds as follows;

That pinckneyville Correctional Center staff is purposely along with I.D.O.C. personnel destroying my ability to litigate my criminal case and this instant action for my liberty and doing so by purposely issueing library pass for me to attend on the day I go to court, and placing the institution on lock down and providing no service at all. Putting me in disciplinary segregation for no reason then reduce the little material access to books that are damaged by torn out pages or out dated without any effective assistance to complete needed legal research.

by not answering my request and denying all grievances. Therefore this motion should be granted without long delay or any delay. And if I.D.O.C. officials want to challenge it. Allow a hearing and witnesses to come forth to testify I have many.

Respectfully Submitted

By: William Evans
B08677
P.O. Box 999
Pinckneyville IL 62274

In The United States District Court For The Northern District Of Illinois

William Evans,
  Petitioner,
v.
The Circuit Court Of Cook County, et al.
  Respondents

Case No. 08-C-03473
Judge James Moran

## Proposed Order

This cause coming on to be heard on the petitioner's motion and this court being fully advised in the premises; It is therefore Ordered the Pinckneyville Correctional Center staff is to immediately provide William Evans #B08677 access to make all the legal copies he needs, and access to all case law and statutes needed and to shepard citations and west law's insta cite service to update the case law and statutes.

Date entered: _____ -2008     By: _____
                                      (Judge)