In The United States District Court Northern District Of Illinois Eastern Division

William Evans,
    Petitioner,
v.
Circuit Court Of Cook County, et al
    Respondents

Case No. 08-c-3473

FILED
JUL 31 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## Motion To Proceed In Forma Pauperis Status

Now Comes William Evans, petitioner pro se; Motion To Proceed In Forma Pauperis Status; and State grounds as follows:

That I completed and mailed to trustfund Supervisor and my unit Counsel Lutz to have the correct prison official complete the 3-page of the attached and incorporated application and financial affidavit two times already to no avail; And as soon as this court order the pinckneyville, Correctional Center personnel to cooperate I'll mail this court the copy I've provided them twice already.

However I pray this court take my sworn word as true to the best of my knowledge that I am without the financial means to pay any filing fee now or in the immediate future.

This I swear to see attached and incorporated herein and refered to by reference hereto my own sworn affidavit signed and dated.

Respectfully Submitted
By: William Evans
B08677
P.O. Box 999
Pinckneyville, IL 62274

7/18/02

# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS

William Evans
_____
Plaintiff

v.

Circuit Court of Cook County et al
_____
Defendant(s)

IN FORMA PAUPERIS APPLICATION
AND
FINANCIAL AFFIDAVIT

CASE NUMBER  08-C-3473

JUDGE  James B. Moran

Wherever ☐ is included, please place an X into whichever box applies. Wherever the answer to any question requires more information than the space that is provided, attach one or more pages that refer to each such question number and provide the additional information. Please PRINT:

I, William Evans, declare that I am the ☒plaintiff ☒petitioner ☐movant (other_____) in the above-entitled case. This affidavit constitutes my application ☐ to proceed without full prepayment of fees, or ☐ in support of my motion for appointment of counsel, or ☐ both. I also declare that I am unable to pay the costs of these proceedings, and that I am entitled to the relief sought in the complaint/petition/motion/appeal. In support of this petition/application/motion/appeal, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?  ☒Yes  ☐No  (If "No," go to Question 2)
   I.D. # B08677  Name of prison or jail: Pinckneyville Correctional Center
   Do you receive any payment from the institution? ☐Yes ☒No  Monthly amount:_____

2. Are you currently employed?  ☐Yes  ☒No
   Monthly salary or wages:_____
   Name and address of employer:_____

   a. If the answer is "No":
      Date of last employment:_____
      Monthly salary or wages:_____
      Name and address of last employer:_____

   b. Are you married?  ☐Yes  ☒No
      Spouse's monthly salary or wages:_____
      Name and address of employer:_____

3. Apart from your income stated above in response to Question 2, in the past twelve months have you or anyone else living at the same address received more than $200 from any of the following sources? Mark an X in either "Yes" or "No", and then check all boxes that apply in each category.

   a. Salary or wages                                 ☐Yes  ☒No
      Amount_____  Received by_____

    b.     ☐ Business, ☐ profession or ☐ other self-employment     ☐Yes     ☒No
Amount_____ Received by_____

    c.     ☐ Rent payments, ☐ interest or ☐ dividends     ☐Yes     ☒No
Amount_____ Received by_____

    d.     ☐ Pensions, ☐ social security, ☐ annuities, ☐ life insurance, ☐ disability, ☐ workers' compensation, ☐ unemployment, ☐ welfare, ☐ alimony or maintenance or ☐ child support
                                                                                                                                   ☐Yes     ☒No
Amount_____ Received by_____

    e.     ☐ Gifts or ☐ inheritances     ☐Yes     ☒No
Amount_____ Received by_____

    f.     ☐ Any other sources (state source:_____)     ☐Yes     ☒No
Amount_____ Received by_____

4.     Do you or anyone else living at the same address have more than $200 in cash or checking or savings accounts?     ☐Yes     ☒No     Total amount:_____
In whose name held:_____ Relationship to you:_____

5.     Do you or anyone else living at the same address own any stocks, bonds, securities or other financial instruments?     ☐Yes     ☒No
Property:_____ Current Value:_____
In whose name held:_____ Relationship to you:_____

6.     Do you or anyone else living at the same address own any real estate (houses, apartments, condominiums, cooperatives, two-flats, three-flats, etc.)?     ☐Yes     ☒No
Address of property:_____
Type of property:_____ Current value:_____
In whose name held:_____ Relationship to you:_____
Amount of monthly mortgage or loan payments:_____
Name of person making payments:_____

7.     Do you or anyone else living at the same address own any automobiles, boats, trailers, mobile homes or other items of personal property with a current market value of more than $1000?
                                                                                                                     ☐Yes     ☒No
Property:_____
Current value:_____
In whose name held:_____ Relationship to you:_____

8.     List the persons <u>who are dependent on you for support</u>, state your relationship to each person and indicate how much you contribute monthly to their support. If none, check here ☒ No dependents
_____
_____

I declare under penalty of perjury that the above information is true and correct. I understand that pursuant to 28 U.S.C. § 1915(e)(2)(A), the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date: 7-25-2008                         *William Evans*
                                        _____
                                        Signature of Applicant

                                        *William Evans*
                                        _____
                                        (Print Name)

---

**NOTICE TO PRISONERS:** A prisoner must also attach a statement certified by the appropriate institutional officer or officers showing all receipts, expenditures and balances during the last six months in the prisoner's prison or jail trust fund accounts. Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account--prepared by each institution where you have been in custody during that six-month period--and you must also have the Certificate below completed by an authorized officer at each institution.

### CERTIFICATE
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein, _____, I.D.# _____, has the sum of $_____ on account to his/her credit at (name of institution) _____. I further certify that the applicant has the following securities to his/her credit: _____. I further certify that during the past six months the applicant's average monthly deposit was $_____. (Add all deposits from all sources and then divide by number of months).


_____                  _____
        DATE                            SIGNATURE OF AUTHORIZED OFFICER


                                        _____
                                                  (Print name)

rev. 7/18/02

State of Illinois ) -SS-
County of Perry )

## Affidavit

I William Evans, prisoner I.d.#B08677 first duly Sworn upon oath and under penalties of perjury pursuant to 735 ILCS 5/1-109 swear the following and forgoing statements are true and correct to the best of my knowledge and belief, I believe the same to be true;

That I have absolutely nothing no money on prison account currently; and have not had any money on my prison trust fund account in the past sixth months.

This I certify and swear is true! This 7-25-2008.

William Evans