BR

In The United States District Court Northern District
OF Illinois Eastern Division

William Evans,

          Petitioner,

     v.

Circuit Court OF Cook
County, et al

          Defendants

Case No. 08-C-3473

FILED Law

JUL 3 1 2008

Jul 31, 2008

MICHAEL W DOBBINS
CLERK, U.S. DISTRICT COURT

## Motion Requesting To Amend Petition

Now Comes William Evans, petitioner, pro se; Motion Requesting to Amend Petition; and attached and incorporated and refered to by reference please find Amended Complaint solely involving my criminal case People v. William Evans, 07-CR-0596201 in the Circuit Court of Cook County Fifth Municipal District; now pending.

Respectfully Submitted

By: William Evans

B08677
P.O. Box 999
Pinckneyville, IL 62274