BR

FILED
AUG 1 4 2008
AUG 14 2008 LCW
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

7/18/02

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

# IN FORMA PAUPERIS APPLICATION AND FINANCIAL AFFIDAVIT

William Evans
Plaintiff

v.

Circuit Court OF Cook County et aL
Defendant(s)

CASE NUMBER 08-C-3473

JUDGE James Moran

*Wherever ☐ is included, please place an X into whichever box applies. Wherever the answer to any question requires more information than the space that is provided, attach one or more pages that refer to each such question number and provide the additional information. Please PRINT:*

I, William Evans, declare that I am the ☒plaintiff ☒petitioner ☐movant (other ________) in the above-entitled case. This affidavit constitutes my application ☒ to proceed without full prepayment of fees, or ☐ in support of my motion for appointment of counsel, or ☐ both. I also declare that I am unable to pay the costs of these proceedings, and that I am entitled to the relief sought in the complaint/petition/motion/appeal. In support of this petition/application/motion/appeal, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated? ☒Yes ☐No (If "No," go to Question 2)
   I.D. # B08677 Name of prison or jail: Pinckneyville Correctional Center
   Do you receive any payment from the institution? ☐Yes ☒No Monthly amount: ________

2. Are you currently employed? ☐Yes ☒No
   Monthly salary or wages: ________
   Name and address of employer: ________

   a. If the answer is "No":
      Date of last employment: ________
      Monthly salary or wages: ________
      Name and address of last employer: ________

   b. Are you married? ☐Yes ☒No
      Spouse's monthly salary or wages: ________
      Name and address of employer: ________

3. Apart from your income stated above in response to Question 2, in the past twelve months have you or anyone else living at the same address received more than $200 from any of the following sources? *Mark an X in either "Yes" or "No", and then check all boxes that apply in each category.*

   a. Salary or wages ☐Yes ☒No
   Amount ________ Received by ________

b. ☐ Business, ☐ profession or ☐ other self-employment ☐Yes ☒No
Amount____________________ Received by______________________________

c. ☐ Rent payments, ☐ interest or ☐ dividends ☐Yes ☒No
Amount____________________ Received by______________________________

d. ☐ Pensions, ☐ social security, ☐ annuities, ☐ life insurance, ☐ disability, ☐ workers' compensation, ☐ unemployment, ☐ welfare, ☐ alimony or maintenance or ☐ child support ☐Yes ☒No
Amount____________________ Received by______________________________

e. ☐ Gifts or ☐ inheritances ☐Yes ☒No
Amount____________________ Received by______________________________

f. ☐Any other sources (state source:________________) ☐Yes ☒No
Amount____________________ Received by______________________________

4. Do you or anyone else living at the same address have more than $200 in cash or checking or savings accounts? ☐Yes ☒No Total amount:____________
In whose name held:____________________ Relationship to you:________________

5. Do you or anyone else living at the same address own any stocks, bonds, securities or other financial instruments? ☐Yes ☒No
Property:__________________________ Current Value:____________________
In whose name held:____________________ Relationship to you:________________

6. Do you or anyone else living at the same address own any real estate (houses, apartments, condominiums, cooperatives, two-flats, three-flats, etc.)? ☐Yes ☒No
Address of property:________________________________________________
Type of property:______________________ Current value:____________________
In whose name held:____________________ Relationship to you:________________
Amount of monthly mortgage or loan payments:______________________________
Name of person making payments:______________________________________

7. Do you or anyone else living at the same address own any automobiles, boats, trailers, mobile homes or other items of personal property with a current market value of more than $1000? ☐Yes ☒No
Property:________________________________________________________
Current value:____________________________________________________
In whose name held:____________________ Relationship to you:________________

8. List the persons <u>who are dependent on you for support</u>, state your relationship to each person and indicate how much you contribute monthly to their support. If none, check here ☒No dependents
________________________________________________________________
________________________________________________________________

I declare under penalty of perjury that the above information is true and correct. I understand that pursuant to 28 U.S.C. § 1915(e)(2)(A), the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date: 7-25-2008

William Evans
Signature of Applicant

William Evans
(Print Name)

---

**NOTICE TO PRISONERS:** A prisoner must also attach a statement certified by the appropriate institutional officer or officers showing all receipts, expenditures and balances during the last six months in the prisoner's prison or jail trust fund accounts. Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account--prepared by each institution where you have been in custody during that six-month period--and you must also have the Certificate below completed by an authorized officer at each institution.

**CERTIFICATE**
**(Incarcerated applicants only)**
**(To be completed by the institution of incarceration)**

I certify that the applicant named herein, William Evans, I.D.# B08677, has the sum of $ -168.26 on account to his/her credit at (name of institution) Pinckneyville Correctional. I further certify that the applicant has the following securities to his/her credit: N/A. I further certify that during the past six months the applicant's average monthly deposit was $ .28. (Add all deposits from all sources and then divide by number of months). Inmate has been housed at Stateville for writs for most of the last 6 months. He has not received any funds here at Pinckneyville for the last 6 months except for July, 2008 payroll of $1.70

8/5/08
DATE

SIGNATURE OF AUTHORIZED OFFICER

LISA D. FLOWERS
(Print name)

rev. 7/18/02

Date: 8/5/2008
Time: 12:44pm
d_list_inmate_trans_statement_composite

# Pinckneyville Correctional Center
## Trust Fund
View Transactions



**Inmate: B08677 Evans, William** **Housing Unit: PNK-R4-C -36**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| | | | | | Beginning Balance: | | 0.10 |
| 01/18/08 | Disbursements | 99 Transfer Inmate | 018341 | Chk #51970 | Stateville CC, Inv. Date: 01/18/2008 | 88.69 | 88.79 |
| 02/19/08 | Disbursements | 84 Library | 050341 | Chk #52155 | 224073, DOC: 523 Fund Library, Inv. Date: 12/12/2007 | -.30 | 88.49 |
| 02/19/08 | Disbursements | 84 Library | 050341 | Chk #52155 | 223458, DOC: 523 Fund Library, Inv. Date: 09/25/2007 | -1.00 | 87.49 |
| 02/19/08 | Disbursements | 84 Library | 050341 | Chk #52155 | 223624, DOC: 523 Fund Library, Inv. Date: 10/22/2007 | -3.00 | 84.49 |
| 02/19/08 | Disbursements | 84 Library | 050341 | Chk #52155 | 223989, DOC: 523 Fund Library, Inv. Date: 12/06/2007 | -5.40 | 79.09 |
| 02/19/08 | Disbursements | 84 Library | 050341 | Chk #52155 | 224199, DOC: 523 Fund Library, Inv. Date: 12/31/2007 | -8.10 | 70.99 |
| 02/19/08 | Disbursements | 84 Library | 050341 | Chk #52155 | 224201, DOC: 523 Fund Library, Inv. Date: 12/31/2007 | -6.00 | 64.99 |
| 02/19/08 | Disbursements | 84 Library | 050341 | Chk #52155 | 223705, DOC: 523 Fund Library, Inv. Date: 10/29/2007 | -4.75 | 60.24 |
| 02/19/08 | Disbursements | 84 Library | 050341 | Chk #52155 | 223852, DOC: 523 Fund Library, Inv. Date: 11/15/2007 | -4.20 | 56.04 |
| 02/19/08 | Disbursements | 81 Legal Postage | 050341 | Chk #52172 | 223530, IBF Postage, Inv. Date: 10/05/2007 | -2.11 | 53.93 |
| 02/19/08 | Disbursements | 81 Legal Postage | 050341 | Chk #52172 | 223484, IBF Postage, Inv. Date: 09/28/2007 | -.80 | 53.13 |
| 02/19/08 | Disbursements | 81 Legal Postage | 050341 | Chk #52172 | 223506, IBF Postage, Inv. Date: 10/01/2007 | -1.38 | 51.75 |
| 02/19/08 | Disbursements | 81 Legal Postage | 050341 | Chk #52172 | 224028, IBF Postage, Inv. Date: 12/10/2007 | -2.45 | 49.30 |
| 02/19/08 | Disbursements | 81 Legal Postage | 050341 | Chk #52172 | 224173, IBF Postage, Inv. Date: 12/26/2007 | -7.56 | 41.74 |
| 02/19/08 | Disbursements | 81 Legal Postage | 050341 | Chk #52172 | 223466, IBF Postage, Inv. Date: 09/26/2007 | -.97 | 40.77 |
| 02/19/08 | Disbursements | 81 Legal Postage | 050341 | Chk #52172 | 223728, IBF Postage, Inv. Date: 10/30/2007 | -.41 | 40.36 |
| 02/19/08 | Disbursements | 81 Legal Postage | 050341 | Chk #52172 | 223576, IBF Postage, Inv. Date: 10/12/2007 | -.97 | 39.39 |
| 02/19/08 | Disbursements | 81 Legal Postage | 050341 | Chk #52172 | 223918, IBF Postage, Inv. Date: 11/27/2007 | -.97 | 38.42 |
| 02/19/08 | Disbursements | 81 Legal Postage | 050341 | Chk #52172 | 224168, IBF Postage, Inv. Date: 12/21/2007 | -1.14 | 37.28 |
| 02/19/08 | Disbursements | 81 Legal Postage | 050341 | Chk #52172 | 223918, IBF Postage, Inv. Date: 11/27/2007 | -.97 | 36.31 |
| 02/19/08 | Disbursements | 81 Legal Postage | 050341 | Chk #52172 | 223269, IBF Postage, Inv. Date: 08/29/2007 | -2.13 | 34.18 |
| 02/19/08 | Disbursements | 81 Legal Postage | 050341 | Chk #52172 | 224084, IBF Postage, Inv. Date: 12/13/2007 | -3.17 | 31.01 |
| 02/19/08 | Disbursements | 81 Legal Postage | 050341 | Chk #52172 | 223622, IBF Postage, Inv. Date: 10/22/2007 | -8.24 | 22.77 |
| 02/19/08 | Disbursements | 81 Legal Postage | 050341 | Chk #52172 | 223929, IBF Postage, Inv. Date: 11/29/2007 | -.41 | 22.36 |
| 02/19/08 | Disbursements | 81 Legal Postage | 050341 | Chk #52172 | 223448, IBF Postage, Inv. Date: 09/25/2007 | -1.31 | 21.05 |
| 02/19/08 | Disbursements | 81 Legal Postage | 050341 | Chk #52172 | 223728, IBF Postage, Inv. Date: 10/30/2007 | -.58 | 20.47 |
| 02/19/08 | Disbursements | 81 Legal Postage | 050341 | Chk #52172 | 223698, IBF Postage, Inv. Date: 10/29/2007 | -4.95 | 15.52 |
| 02/19/08 | Disbursements | 81 Legal Postage | 050341 | Chk #52172 | 223541, IBF Postage, Inv. Date: 10/10/2007 | -1.94 | 13.58 |
| 02/19/08 | Disbursements | 81 Legal Postage | 050341 | Chk #52172 | 224156, IBF Postage, Inv. Date: 12/20/2007 | -.41 | 13.17 |
| 02/19/08 | Disbursements | 81 Legal Postage | 050341 | Chk #52172 | 223929, IBF Postage, Inv. Date: 11/29/2007 | -9.79 | 3.38 |
| 02/19/08 | Disbursements | 81 Legal Postage | 050341 | Chk #52172 | 223582, IBF Postage, Inv. Date: 10/15/2007 | -.80 | 2.58 |

**Date:** 8/5/2008
**Time:** 12:44pm
d_list_inmate_trans_statement_composite

# Pinckneyville Correctional Center
## Trust Fund
View Transactions



**Inmate: B08677 Evans, William** **Housing Unit: PNK-R4-C -36**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| 02/19/08 | Disbursements | 90 Medical Co-Pay | 050341 | Chk #52175 | 224152, DOC: 523 Fund Inmate R, Inv. Date: 12/20/2007 | -2.00 | .58 |
| 02/19/08 | Disbursements | 81 Legal Postage | 050341 | Chk #52175 | 223968, DOC: 523 Fund Inmate R, Inv. Date: 12/03/2007 | -.58 | .00 |
| 06/03/08 | Mail Room | 04 Intake and Transfers In | 155268 | 140629 | Stateville C.C. | -106.64 | -106.64 |
| 06/13/08 | Payroll | 20 Payroll Adjustment | 165175 | | P/R month of 05/2008 | .00 | -106.64 |
| 07/11/08 | Payroll | 20 Payroll Adjustment | 193175 | | P/R month of 06/2008 | 1.70 | -104.94 |

| | |
|---|---|
| **Total Inmate Funds:** | -104.94 |
| **Less Funds Held For Orders:** | .00 |
| **Less Funds Restricted:** | 63.32 |
| **Funds Available:** | -168.26 |
| **Total Furloughs:** | .00 |
| **Total Voluntary Restitutions:** | .00 |