**NOTICE OF CHANGE OF ADDRESS**

Memorandum

Date: 8-7-2008

To: Clerk and Court

From: William Evans #B08677

Subject: Address correction.

08CV3473

**FILED**
AUG 14 2008 LCW
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Hello

I am detained at Pinckneyville Correctional Center
P.O. Box 999 Pinckneyville, Illinois 62274.

I was not transferred to Stateville for court date 7/22/2008 as I was all the other previous times or as every other Pinckneyville inmate.

Please take Notice!

Respectfully Submitted

By: William Evans
B08677
P.O. Box 999
Pinckneyville, Ill.